WEIMER, J., dissenting.
 

 I respectfully dissent for the reasons assigned in my dissent in
 
 Angela Jackson v. Family Dollar Stores of Louisiana, Inc., et al.
 
 , 18-0170 (La. 6/ /18), --- So.3d ----,
 
 2018 WL 3154628
 
 .
 

 CRICHTON, J., additionally concurs and assigns reasons:
 

 I additionally concur for the reasons assigned in
 
 Angela Jackson v. Family Dollar Stores of Louisiana, Inc., et al.
 
 , 18-0170 (La. 6/27/18), --- So.3d ----,
 
 2018 WL 3154628
 
 .